# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| Rochelle Carmichael<br>1990 Laurel Rd., Apt. AE268<br>Lindenwold, NJ 08021 | : <br> : <br> : <br> : | USCA NO.:  15-2506 |
| Plaintiff-Appellant, | : <br> : | |
| v. | : <br> : | |
| Pressler and Pressler, LLP, et al<br>7 Entin Rd.<br>Parsippany, NJ 07054 | : <br> : <br> : <br> : | United States District Court for the<br>Eastern District of Pennsylvania<br>No.:   14-6124 |
| Defendants-Appellees. | : | |

## APPELLANT'S (PLAINTIFF BELOW) SECOND MOTION FOR BRIEF ENLARGEMENT OF TIME TO FILE OMNIBUS MERITS REPLY BRIEF

All parties have timely submitted their Merits Briefs.

Due to the factual and legal complexities raised by Appellees' separate Merits Responses, Appellant (Plaintiff below) respectfully requests this Honorable Court for a seven (7) day enlargement of time within which to file her Omnibus Merits Reply.

This is Appellant's Second Motion for Enlargement re: Reply. Appellant's First Motion was granted on February 26 (Friday) – with Reply directed on February 29 (Monday). Appellant respectfully requests brief enlargement in light of the above (i.e., complexity) and as Appellant's undersigned counsel is instantly home sick.

This Motion of Enlargement is timely.  The foregoing constitutes *good cause*.

WHEREFORE, Appellant (Plaintiff below), Carmichael, respectfully requests this Honorable Court enlarge Appellant's Reply deadline by seven (7) days to march 7, 2016, and grant leave for an Omnibus Reply.

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorneys for Plaintiff – Appellant

**UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

| | | |
|---|---|---|
| Rochelle Carmichael | : | |
| 1990 Laurel Rd., Apt. AE268 | : | USCA NO.:   15-2506 |
| Lindenwold, NJ 08021 | : | |
| | : | |
| Plaintiff-Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| Pressler and Pressler, LLP, et al | : | |
| 7 Entin Rd. | : | United States District Court for the |
| Parsippany, NJ 07054 | : | Eastern District of Pennsylvania |
| | : | No.:   14-6124 |
| Defendants-Appellees. | : | |

## **CERTIFICATE OF SERVICE**

I, Matthew B. Weisberg, Esquire, hereby certify that on this 29th day of February, 2016, a true and correct copy of the foregoing Plaintiff's (Appellant) Second Motion for Brief Extension of Time to File Omnibus Merits Reply Brief was served via ECF, upon the following parties:

Lauren M. Burnette, Esq.
Marshall Dennehey Warner
Coleman & Goggin
100 Corporate Center Drive
Suite 201
Camp Hill, PA 17011

Lawrence J. Bartell, Esq.
Marshall Dennehey Warner
Coleman & Goggin
2000 Market Street, Suite 2300
Philadelphia, PA 19103

Francis X. Grimes, Esq.
1515 Locust Street, 10th Floor
Philadelphia, PA 19102

Mitchell L. Williamson, Esq.
Ralph Gulko, Esq.
Pressler & Pressler
7 Entin Road
Parsippany, NJ 07054

**WEISBERG LAW**

<u>/s/ Matthew B. Weisberg</u>
Matthew B. Weisberg, Esquire
Attorney for Plaintiff – Appellant

Case: 15-2506   Document: 003112219686   Page: 4   Date Filed: 02/29/2016